IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD RAGAN, JR.,

    Plaintiff,

v.

COX AUTOMOTIVE, INC., et al.,

    Defendants.

CIVIL ACTION NO.
1:26-cv-522-SDG

## O R D E R

This matter is before the Court on pro se Plaintiff Ronald Ragan, Jr.'s affidavit in support of his request to proceed in forma pauperis ("IFP") [Doc. 1]. Plaintiff seeks leave to file this civil action without prepayment of fees and costs or security therefor, pursuant to 28 U.S.C. § 1915(a). Upon review and consideration, Plaintiff's application to proceed IFP [Doc. 1] is **DENIED WITHOUT PREJUDICE** for the reasons stated below.

Plaintiff has not completed an IFP application provided by the Court but appears to have created his own IFP application that tracks, in large part, the IFP applications provided by the Court. However, the IFP application that Plaintiff created is incomplete. Plaintiff has not indicated: (1) whether he expects any major changes to his monthly income or expenses or in his assets or liabilities during the

next 12 months; (2) whether he has paid—or will be paying—an attorney any money for services in connection with this case, including the completion of the IFP application; (3) whether he has paid—or will be paying—anyone other than an attorney (*such as a paralegal or a typist*) any money for services in connection with this case, including the completion of the IFP application; or (4) whether there is any other information that will help explain why he cannot pay the costs of these proceedings. Additionally, Plaintiff has not provided (1) the city and state of his legal residence; (2) his daytime phone number; (3) his age; (4) his years of schooling; or (5) the last four digits of his social-security number.

Because the Court lacks sufficient information to evaluate whether Plaintiff is entitled to proceed IFP, I **ORDER** Plaintiff either (A) **TO PAY** the $405 due in case initiation fees or (B) **TO SUBMIT** a properly completed application **WITHIN FOURTEEN DAYS** of the entry date of this Order.

I caution Plaintiff that failure to comply with a lawful court order may result in dismissal of this case. *See* LR 41.3(A)(2), NDGa.

**SO ORDERED**, this 29th day of January, 2026.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE