RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case 1:26-cv-00522-SDG   Document 6   Filed 02/25/26   Page 1 of 8

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

RONALD RAGAN, JR., ) ) Plaintiff, ) ) v. ) Civil Action No. _____ ) COX AUTOMOTIVE, INC.; ) DEALERTRACK, LLC; ) DEALERSOCKET, LLC; ) VIN SOLUTIONS, LLC; ) DOES 1–50, inclusive, ) ) Defendants. )

**COMPLAINT FOR INJUNCTIVE, DECLARATORY, AND OTHER EQUITABLE RELIEF**

Plaintiff Ronald Ragan, Jr. ("Plaintiff"), proceeding pro se, files this Complaint against Defendants Cox Automotive, Inc.; Dealertrack, LLC; DealerSocket, LLC; VIN Solutions, LLC; and Does 1–50 (collectively, "Defendants"), and alleges as follows:

**I. NATURE OF THE ACTION**

1:26-CV-0522

1. This action arises from Defendants' ongoing, unauthorized use, retention, digitization, storage, transmission, and exploitation of Plaintiff's proprietary business know-how, copyrighted works, and protected digital database architecture, including the work commonly known as the "Guest Sheet," related training and intake logic, and derivative digital implementations.

2. Plaintiff seeks immediate and permanent injunctive relief, preservation orders, sworn compliance certifications, declaratory relief, and related equitable remedies to prevent further irreparable harm and spoliation of evidence.

**II. PARTIES**

3. Plaintiff Ronald Ragan, Jr. is an individual residing in Cary, North Carolina, and is the author and owner of the proprietary materials, copyrights, and trade secrets at issue.

4. Defendant Cox Automotive, Inc. is a corporate entity headquartered in Georgia and operates a nationwide automotive data, software, CRM, and dealership-services ecosystem.

5. Defendant Dealertrack, LLC is a Cox Automotive-affiliated entity providing dealership software, data, and transactional platforms.

6. Defendant DealerSocket, LLC is a Cox Automotive-affiliated entity providing CRM and dealership data solutions.

7. Defendant VIN Solutions, LLC is a Cox Automotive-affiliated entity providing CRM, data-management, and lead-intake platforms.

8. Defendants Does 1–50 include unknown subsidiaries, affiliates, integration partners, ETL/data-pipeline operators, agents, employees, contractors, and downstream entities whose identities will be ascertained through discovery.

**III. JURISDICTION AND VENUE**

9. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the Copyright Act, the Digital Millennium Copyright Act, and related federal law, and supplemental jurisdiction under 28 U.S.C. § 1367.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants reside in, are headquartered in, transact business in, and direct substantial conduct into this District.

## IV. FACTUAL BACKGROUND

11. Beginning in the mid-1980s, Plaintiff authored and deployed a proprietary, guest-centric intake architecture known as the "Guest Sheet," designed to capture customer intent, payment psychology, decision-stage indicators, and transaction-structuring logic within live automobile dealership operations.

12. The Guest Sheet embodied structured sequencing, behavioral logic, and managerial decision rules that were not publicly disclosed and that conferred independent economic value.

13. Plaintiff is the registered copyright owner of: a. "The Guest Sheet" (TXu 913-170); and b. A related Guest Sheet digital database (TXu 002206229).

14. Plaintiff later reduced the same authored logic into digital database form, fixing the selection, coordination, and arrangement of the data while preserving the original operational framework.

15. Defendants operate an integrated automotive software and data ecosystem that captures, stores, processes, and monetizes dealership intake data reflecting the same sequencing, logic, and behavioral capture first authored by Plaintiff.

16. Plaintiff has placed sworn pleadings, verified statements, and preservation notices concerning this same proprietary framework into multiple court records.

17. In particular, Plaintiff has filed a Verified First Amended Complaint and a Verified Supplemental Statement of Record in the Superior Court of Gwinnett County, Georgia, Civil Action No. 26-A-00490-1, addressing the origin, function, and analog-to-digital continuity of the Guest Sheet.

18. Defendants and associated decision-makers have received notice of Plaintiff's claims and preservation demands through court filings, counsel communications, and related proceedings.

19. Despite notice, Defendants have continued to retain, use, and control the disputed materials and have engaged in avoidance behavior relevant to preservation and compliance obligations.

20. Public representations identify Doug Kinney as an executive leader associated with VIN Solutions. Mr. Kinney was previously named and served in federal copyright litigation involving the same underlying intellectual property, which was dismissed without prejudice.

21. Notice and preservation correspondence concerning Plaintiff's intellectual property, digital database, and related materials has been transmitted through multiple courts and proceedings, including prior and ongoing federal and state matters. Such notice appears on the public dockets of: (a) the United States District Court for the District of Kansas, Case No. 2:20-cv-02225; (b) the United States District Court for the Southern District of Texas, Case No. 4:21-cv-00339; (c) the United States District Court for the Western District of Missouri, Case No. 4:18-cv-01010; and (d) the Superior Court of Gwinnett County, Georgia, Civil Action No. 26-A-00490-1. These matters

are referenced solely to establish notice, preservation context, and continuity of record, and not to relitigate any claims.

## V. CLAIMS FOR RELIEF

### COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 et seq.)

22. Plaintiff incorporates Paragraphs 1–21.

23. Defendants have copied, stored, displayed, transmitted, and created derivative works based on Plaintiff's copyrighted works without authorization.

24. Defendants' infringement is ongoing and irreparable.

### COUNT II – DIGITAL DATABASE COPYRIGHT INFRINGEMENT

25. Plaintiff incorporates Paragraphs 1–24.

26. Defendants have infringed Plaintiff's registered digital database by reproducing and exploiting its protected selection, coordination, and arrangement.

### COUNT III – DMCA VIOLATIONS (17 U.S.C. § 1201 et seq.)

27. Plaintiff incorporates Paragraphs 1–26.

28. Defendants have controlled, altered, and managed access to Plaintiff's copyrighted works through technological systems without authorization.

### COUNT IV – MISAPPROPRIATION OF TRADE SECRETS

29. Plaintiff incorporates Paragraphs 1–28.

30. Defendants have misappropriated Plaintiff's confidential business methods, sequencing logic, and operational know-how.

## VI. INJUNCTIVE AND EQUITABLE RELIEF

31. Plaintiff seeks immediate injunctive relief requiring Defendants to preserve all systems, databases, backups, ETL pipelines, and records reflecting use of Plaintiff's materials.

32. Plaintiff seeks a court-ordered sworn compliance certification confirming preservation and non-destruction.

33. Plaintiff seeks an accounting of Defendants' use, retention, and benefit derived from the disputed materials.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter preliminary and permanent injunctive relief; B. Order preservation and sworn compliance certification; C. Grant declaratory relief; D. Order an accounting and equitable relief; E. Award costs and such other relief as the Court deems just.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Ronald Ragan, Jr. Ronald Ragan, Jr., Plaintiff Pro Se 1202 Bluff Oak Drive Cary, NC 27519 Tel: 816-729-7086 Email: ron@theautoark.com Email: theguestsheet@protonmail.com

Dated: January 21, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD RAGAN, JR.,            )
                              )
    Plaintiff,                )
                              )
v.                            ) Civil Action No. _____
                              )
VIN SOLUTIONS, LLC,           )
                              )
    Defendant.                )

SUMMONS IN A CIVIL ACTION

To: VIN SOLUTIONS, LLC
    To be served by U.S. Marshal upon Court order

Plaintiff:
Ronald Ragan, Jr.
1202 Bluff Oak Drive
Cary, NC 27519
Telephone: 816-729-7086
Email: ron@theautoark.com
Email: theguestsheet@protonmail.com

Issued by the Clerk of Court:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD RAGAN, JR.,            )
                              )
    Plaintiff,                )
                              )
v.                            ) Civil Action No. _____
                              )
DEALERSOCKET, LLC,            )
                              )
    Defendant.                )

SUMMONS IN A CIVIL ACTION

To: DEALERSOCKET, LLC
   To be served by U.S. Marshal upon Court order

Plaintiff:
Ronald Ragan, Jr.
1202 Bluff Oak Drive
Cary, NC 27519
Telephone: 816-729-7086
Email: ron@theautoark.com
Email: theguestsheet@protonmail.com

Issued by the Clerk of Court:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD RAGAN, JR.,            )
                              )
    Plaintiff,             )
                              )
v.                            ) Civil Action No. _____
                              )
DEALERTRACK, LLC,             )
                              )
    Defendant.             )

SUMMONS IN A CIVIL ACTION

To: DEALERTRACK, LLC
   To be served by U.S. Marshal upon Court order

Plaintiff:
Ronald Ragan, Jr.
1202 Bluff Oak Drive
Cary, NC 27519
Telephone: 816-729-7086
Email: ron@theautoark.com
Email: theguestsheet@protonmail.com

Issued by the Clerk of Court:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD RAGAN, JR.,                )
                                  )
       Plaintiff,                 )
                                  )
v.                                )  Civil Action No. _____
                                  )
COX AUTOMOTIVE, INC.,             )
                                  )
       Defendant.                 )

SUMMONS IN A CIVIL ACTION

To: COX AUTOMOTIVE, INC.
    To be served by U.S. Marshal upon Court order

Plaintiff:
Ronald Ragan, Jr.
1202 Bluff Oak Drive
Cary, NC 27519
Telephone: 816-729-7086
Email: ron@theautoark.com
Email: theguestsheet@protonmail.com

Issued by the Clerk of Court: